## A. G. Van Meter, Appellant, v. Mabel E. Downing, Frank B. Downing, Southmoor Securities Company, Inc., and The Mutual National Bank of Chicago, Illinois, Appellees.

### Gen. No. 45,592.

John B. King, for appellant; McCarthy & Levin, for certain appellees, Rathje, Kulp, Sabel & Sullivan, for certain other appellee; Theron L. Rathje, and George E. Dolezal, of counsel. Opinion by JUSTICE FRIEND. Not to be published in full. Opinion filed February 25, 1952; released for publication March 10, 1952.